Kaluszer Young Men's Benevolent Society, Inc., v. Independent Kaluszer Young Men's Sick Benevolent Society, Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Independent Kaluszer Young Men's Sick Benevolent Society, Inc., and Others v. Kaluszer Young Men's Benevolent Society, Inc., and Others. — Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Henry D. Sayer, Trustee in Bankruptcy, etc., v. S. W. Strauss & Co.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be served and filed on or before June 19, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Fred Warren for Leave to Intervene in and to Become a Party Plaintiff in the Action of Jay Carton, Suing on Behalf of Himself and All Other Stockholders of Rubel Corporation, v. Rubel Corporation and Others.— Motion to dismiss appeal granted so far as to permit the petitioner to withdraw said appeal, without costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Monroe M. Blum for Leave to Intervene in and to Become a Party Plaintiff in the Action of Jay Carton, Suing on Behalf of Himself and All Other Stockholders of Rubel Corporation, v. Rubel Corporation and Others.— Motion to dismiss appeal granted so far as to permit the petitioner to withdraw said appeal, without costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Pyramid Silks Corporation for an Order Directing that Arbitration Proceed between Pyramid Silks Corporation and Jacob Seville and Another.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Rachel Levine v. Sol B. Behrens and Others, Impleaded with Merchants' Products Corporation.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Ralph Gerzog v. Frederick Hensler and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Roger Dunscombe and Others v. Crocker-Wheeler Electric Manufacturing Company and Others, Impleaded with Harry W. Berg.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

Howard M. Githens v. Public Industrials Corporation.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

The Nostro Corporation v. Cecil B. Weingarten.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.